**No. 10-8351. Patricia Sallis, Petitioner v. Aurora Health Care, Inc.**

562 U.S. 1292, 131 S. Ct. 1683, 179 L. Ed. 2d 624, 2011 U.S. LEXIS 2353, ■

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 381 Fed. Appx. 591.